ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DIVISION, DISTRICT OF NEVADA

| | |
|---|---|
| TOD M. DERICCO,<br><br>                    Plaintiff,<br><br>      v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>                    Defendants. | CASE NO. 3:20-cv-00246-LRH-WGC<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

/ / /

*ACTIVE 49910941v1*

1

1   The following hereby consent to the above and foregoing substitution of counsel.

2   DATED this 23rd day of April 2020.

3   **C. R. BARD, INC.**                                **BARD PERIPHERAL VASCULAR, INC.**
    Defendant                                           Defendant

5   By:  */s/ Greg A. Dadika*                           By:  */s/ Greg A. Dadika*
       Its:  Associate General Counsel, Litigation          Its:  Associate General Counsel, Litigation

7   The following hereby consent to the above and foregoing substitution of counsel.

8   DATED this 23rd day of April 2020.

                                                        NELSON MULLINS

                                                        By:  */s/ Richard B. North, Jr.*
                                                             RICHARD B. NORTH, JR. ESQ.
                                                             Atlantic Station
                                                             201 17th Street NW, Suite 1700
                                                             Atlanta, Georgia  30363
                                                             Telephone:  (404) 322-6155

15  I am duly admitted to practice in this District.  Above substitution accepted.

16  DATED this 23rd day of April 2020.

                                                        GREENBERG TRAURIG, LLP

                                                        By:  */s/ Eric W. Swanis*
                                                             ERIC W. SWANIS, ESQ.
                                                             Nevada Bar No. 6840
                                                             10845 Griffith Peak Drive, Suite 600
                                                             Las Vegas, Nevada 89135

22  **Please check one**:  ■ Retained, or  ☐ Appointed by the Court.

                                                        **APPROVED:**

    DATED:  April 24, 2020                              *William G. Cobb*
                                                        UNITED STATES MAGISTRATE JUDGE

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

*ACTIVE 49910941v1*

2