IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| TOD M. DERICCO<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | Case No: 3:20-CV-00246-MMD-BNW<br><br>Judge Brenda Weksler |

## STIPULATION TO SUBSTITUTE ATTORNEYS

Plaintiff, Tod M. Dericco, hereby substitutes Martin Baughman, PLLC as counsel of record in this action in place and stead of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Cameron E. Dean, of the law firm of Martin Baughman, PLLC, 3141 Hood Street Suite 600, Dallas, TX 75219, (214) 761-6614.

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 30th day of July 2020.

By:     */s/ Tod M. Derrico*
        Its: Plaintiff

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 30th day of July 2020.

| */s/ Wesley A. Bowden* | */s/Matthew D. Schultz* |
|---|---|
| WESLEY A. BOWDEN | MATTHEW D. SCHULTZ |
| FL Bar No. 0064217 | FL Bar No. 0640328 |
| Levin, Papantonio, Thomas, Mitchell | Levin, Papantonio, Thomas, Mitchell |
| Rafferty & Proctor P.A. | Rafferty & Proctor P.A. |
| 316 S. Baylen Street Suite 600 | 316 S. Baylen Street Suite 600 |
| Pensacola, FL 32502 | Pensacola, FL 32502 |
| P: 850.435.7184 | P: 850.435.7140 |
| wbowden@levinlaw.com | mschultz@levinlaw.com |

I am duly admitted to practice in this district via pro hac vice. Above substitution accepted.

DATED this 30th day of July 2020.

                                            Martin Baughman, PLLC

                                            By: */s/ Cameron E. Dean*
                                                 Cameron E. Dean
                                                 Pro Hac Vice 07.06.2020
                                                 3141 Hood St. Ste. 600
                                                 Dallas, TX 75219
                                                 P: 214.761.6614
                                                 cdean@martinbaughman.com

Please check one: ■ Retained, or ☐ Appointed by the Court.

                                                             **APPROVED:**

DATED: August 31, 2020        _____
                                                         United States Magistrate Judge